**No. 10-10365. Malcolm Lathion Gray, Petitioner v. James G. Cox, et al.**

564 U.S. 1043, 131 S. Ct. 3075, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4952.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10385. James Bean, Petitioner v. Illinois.**

564 U.S. 1043, 131 S. Ct. 3075, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4880.

June 27, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 402 Ill. App. 3d 1211, 376 Ill. Dec. 797, 1 N.E.3d 130.

**No. 10-10424. Tikila Willard, Petitioner v. Arlene Hickson, Warden, et al.**

564 U.S. 1043, 131 S. Ct. 3076, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4974.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 407 Fed. Appx. 288.

**No. 10-10461. Derek N. Jarvis, Petitioner v. Enterprise Fleet Services and Leasing Company.**

564 U.S. 1043, 131 S. Ct. 3076, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4953,

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 668.

**No. 10-10535. Antonio Bahena, Petitioner v. California.**

564 U.S. 1043, 131 S. Ct. 3076, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4850.

June 27, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 10-10540. Edward Watson, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

564 U.S. 1043, 131 S. Ct. 3084, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4895.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 629.

**No. 10-10567. Jerome Sawyer, Petitioner v. Henry Steward, Warden.**

564 U.S. 1044, 131 S. Ct. 3084, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4948.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10614. Vincent Sumpter, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3076, 180 L. Ed. 2d 898, 2011 U.S. LEXIS 4873.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 235.